# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

PRESTON LEWIS,

    Plaintiff,

v.                                                  Case No. 3:25-cv-879-MCR-HTC

T. KENT WETHERELL, II, et al.,

    Defendants.

_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated July 1, 2025. *See* ECF No. 7. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2.     This case is DISMISSED WITH PREJUDICE as frivolous because the Defendants are entitled to judicial immunity.

3. The Clerk is directed to close the case file.

**DONE AND ORDERED** this 15th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25-cv-879-MCR-HTC